# UNITED STATES DISTRICT COURT
for the

District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| FREDERICO LUIS REYNA | ) | 6:22-mj-136-MK |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 8, 2022__ in the county of __Lane__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

The attached affidavit which is incoporated herein.

☑ Continued on the attached sheet.

/s/ Noah Slackman per rule 4.1

*Complainant's signature*

Noah Slackman, ATF Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __1:58 pm__ a.m./p.m.

Date: __July 26, 2022__

*Judge's signature*

City and state: __Eugene, Oregon__     Mustafa T. Kasubhai, U.S. Magistrate Judge

*Printed name and title*