DISTRICT OF OREGON, ss:        AFFIDAVIT OF **NOAH SLACKMAN**

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, **Noah Slackman**, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Special Agent with Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since 2005. My current assignment is the Seattle Field Division, Eugene, Field Office. During this time, I have conducted and participated in numerous investigations concerning the illegal possession of firearms, federal controlled substances, and the commission of violent crimes, to include armed robberies of cocaine, which are also known as home invasion robbery investigations, or "stash house" robbery investigations. During my employment as an ATF Special Agent, I have received specialized training regarding, and have personally participated in, various types of investigative activities, including, but not limited to, the following: (a) physical surveillance; (b) the debriefing of defendants, witnesses, informants and other individuals who have knowledge concerning violations of federal firearms laws; (c) undercover operations; (d) the execution of search warrants; (e) the consensual monitoring and recording of conversations; (f) electronic surveillance through the use of pen registers and trap and trace devices; (g) the court-authorized interception of both wire and electronic communications.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Frederico Luis REYNA (hereinafter known as "REYNA"), for the crime of felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

\\\
\\\

**Applicable Law**

3.      Title 18 U.S.C § 922 (g)(1) provides that it is unlawful for a person, knowing that they have been convicted of an offense punishable by a term of imprisonment of a year or more, to knowingly possess a firearm that has traveled in interstate or foreign commerce.

**Statement of Probable Cause**

4.      In conjunction with the Junction City Police Department (hereinafter "JCPD") and Lane County Parole and Probation (hereinafter "LCPP"), the ATF is investigating REYNA for being a felon in possession of a firearm.  On April 8, 2022, two Probation Officers with the LCPP conducted a home visit of REYNA at his residence in Junction City, Oregon.  When LCPP arrived at REYNA's residence, REYNA was outside working on a vehicle, and the LCPP approached him and said a home visit was being conducted.

5.      REYNA, who was facing away from the Probation Officers' when they approached, appeared to be unsettled by their presence.  He avoided eye contact except to quickly glance over his shoulders.  When he was asked to stand up, he took a moment to get to his feet before doing so while continually looking back at the Probation Officers as if to assess their positions.

6.      They all went into REYNA's house, where a large bowie-style knife was seen on the living room table.  REYNA gave consent for the Probation Officers to do a walkthrough, and he said that a locked room was not his.  After a Probation Officer saw a bullet by the couch, REYNA was detained in handcuffs.  His person was searched for weapons, and a protective sweep was done of the residence.  A Probation Officer saw a box of ammunition and a shotgun

stock under a living room table, and REYNA said all of the items belonged to previous occupants.

7. REYNA denied consent to search the vehicle he had been working on, saying it was a friend's and he did not have access to it. A Probation Officer, went and stood outside the vehicle, and saw in plain view items including a backpack, wallet and REYNA's ID card. REYNA then admitted access to the vehicle but was worried about what other people may have put in the vehicle and denied ownership of the backpack. REYNA ultimately allowed his keys, wallet and paperwork to be removed from the truck, and ultimately admitted that there was a gun in the backpack in the car. He gave consent to retrieve the gun and to search the backpack. A loaded pistol was in the backpack, which was later determined to be a Canik 9mm pistol, Model TP9. REYNA also admitted that there were two rifles in his bedroom along with a sawed-off shotgun next to his bed. The bedroom he referred to was the locked room he previously denied was his. Two rifles and a sawed-off shotgun were later seized from his bedroom.

8. The following week, REYNA told law enforcement that when the Probation Officers approached, he had a 32-round magazine in his pistol, and said, "I might have said fuck it; you know what I mean since it was just the ten (rounds); I was thinking I don't have juice anyway, and I don't feel like running. Plus, I like both of you guys. I don't really want to shoot at them, you know what I mean. In my head, I was like, I don't really want to shoot at them. But, if it was two different cops I never me before, I might have gone for it."

9. I have reviewed conviction documents for REYNA and he has felony convictions, including one from on or about December 20, 2018, in Lane County, Oregon, case number

18CR79053, in which REYNA was convicted of Unlawful Use of a Weapon, and sentenced to 30 months in prison

10. The Canik pistol found in REYNA's backpack was imported by Century Arms. While ATF will perform a further interstate nexus review, based on available information, this firearm was not manufactured in the state of Oregon and thereby travelled in interstate or foreign commerce.

## Conclusion

11. Based on the foregoing, I have probable cause to believe, and I do believe that Frederico Luis REYNA committed the crime described above. I therefore request that the Court issue a criminal complaint and arrest warrant for Frederico Luis REYNA.

12. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Jeffrey Sweet, and AUSA Sweet advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

_/s/ Noah Slackman per rule 4.1_
Noah Slackman
Special Agent, ATF

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 1:58 pm a.m/p.m. on July 26, 2022

HONORABLE MUSTAFA T. KASUBHAI
United States Magistrate Judge